[No. 36736-0-II.   Division Two.   January 27, 2009.]

ROGER C. NISBET, *Respondent*, v. LEE GREELEY, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 05-2-00324-2, Jay B. Roof, J. Pro. Tem., entered August 22, 2007. *Dismissed* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J., and Quinn-Brintnall, J.

[No. 36936-2-II.   Division Two.   January 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLE ANDREA TYRER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-01014-9, John P. Wulle, J., entered October 31, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J., and Quinn-Brintnall, J.

[No. 36972-9-II.   Division Two.   January 27, 2009.]

CATHERINE BAYLOR, *Appellant*, v. LESLIE BEAN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-09705-5, Vicki L. Hogan, J., entered November 8, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J., and Quinn-Brintnall, J.

[No. 37523-1-II.   Division Two.   January 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH R.D. VALLEJO, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-01852-3, Robert L. Harris, J., entered March 20, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Houghton, J.